**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-1082**

———————————

MICHAEL A. MCNEIL,

        Plaintiff - Appellant,

    v.

FEDERAL NETWORK SYSTEMS, LLC,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:13-cv-01501-WDQ)

———————————

Submitted:  April 17, 2014      Decided:  April 22, 2014

———————————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Michael A. McNeil, Appellant Pro Se.  Menachem Lanner, John
Edward McCann, Jr., Jessica Anna-Christina duHoffmann, MILES &
STOCKBRIDGE, PC, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. McNeil appeals the district court's order dismissing his civil action filed pursuant to 15 U.S.C. § 1673 (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, and dismiss the appeal for the reasons stated by the district court. McNeil v. Federal Network Sys., LLC, No. 1:13-cv-01501-WDQ (D. Md. Jan. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED